```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GERALD TISDALE,

                Defendant.

No. 15-cr-334 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of Defendant Gerald Tisdale's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. No later than August 17, 2020, the Government shall advise the Court of whether it has any objection to this request and, if so, provide the basis for that objection. In its letter, the Government shall also advise the Court of whether it contests that Mr. Tisdale has, as of today's date, satisfied § 3582's exhaustion requirement.

SO ORDERED.

Dated:    August 10, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge