UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GERALD TISDALE,<br><br>Defendant. | No. 15-CR-334 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

No later than July 9, 2021, the Government shall advise the Court whether it objects to Mr. Tisdale's motion at Dkt. 190.

SO ORDERED.

Dated: July 6, 2021
        New York, New York

                                            Ronnie Abrams
                                            United States District Judge