```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC#:                            │
│ DATE FILED: 07/29/2021           │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GERALD TISDALE,

Defendant.

No. 15-cr-334 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On July 5, 2021, Defendant Gerald Tisdale moved to reseal records related to a 1988 Youthful Offender Adjudication and to redact references to that conviction in two presentence investigation reports. *See* Dkt. 190. On July 22, 2021, the Government responded in opposition, asserting that the Court lacks jurisdiction to grant the relief sought. Dkt. 192. *See Doe v. United States*, 833 F.3d 192 (2d Cir. 2016).

Defendant may, if he chooses, file a reply to the Government's opposition by August 6, 2021.

SO ORDERED.

Dated:    July 29, 2021
          New York, New York

Ronnie Abrams
United States District Judge